UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHAWN M., | ) |
| Plaintiff, | ) ) ) |
| v. | ) 1:18-cv-00418-JAW ) |
| ANDREW M. SAUL, Commissioner, Social Security Administration, | ) ) ) ) |
| Defendant. | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed July 16, 2019 (ECF No. 17), the Court accepts the Recommended Decision.

The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court has made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determines that no further proceeding is necessary.

Accordingly, the Court ORDERS that the Recommended Decision (ECF No. 17) of the Magistrate Judge is ACCEPTED and AFFIRMS the Commissioner's administrative decision.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 19th day of November, 2019